IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
BANKRUPTCY DIVISION

In re:                                                    CHAPTER 13
                                                          CASE NO.: 1:14-bk-10003-MFW
Robert J. Chaput,

                                                          MOTION FOR RELIEF FROM
                                                          AUTOMATIC STAY

_____Debtor.

NOW COMES Green Tree Servicing LLC ("Movant"), by and through its undersigned

counsel, and moves this Court, pursuant to 11 U.S.C. §362(d), for relief from or conditioning of,

the automatic stay in bankruptcy. In support of the foregoing Motion, Movant would show the

Court the following:

1.      This Court has jurisdiction of this proceedings under 28 U.S.C. §157(b)(2)(G).

2.      Debtor filed for relief under Chapter 13 of the U.S. Bankruptcy Code on February

6, 2014.

3.      Movant is the holder of a note given by the Debtor, the balance of which is in the

aggregate amount of $384,440.25 as of December 16, 2014, and which note is secured by a

mortgage on real property known generally as 76 Estate St. George, Frederiksted, VI 00840.

4.      A copy of the note and mortgage are attached.

5.      Debtor had failed to make regular monthly payments pursuant to the terms of the

note and mortgage and is in default as follows:

| | |
|---|---|
| Principal Balance | $384,440.25 |
| Interest due from 06/01/2012 through 12/17/2014 | $53,787.47 |
| Escrow Advance/Balance | $18,761.38 |
| Late Charges | $1,788.26 |
| PMI Insurance | $0.00 |
| Legal Fees | $0.00 |
| Inspections | $0.00 |
| TOTAL PAYOFF AS OF 12/16/2014 | $458,777.36 |

Current Interest Rate: 5.50%

Arrearage Amounts:

| | |
|---|---|
| 11 payments due 03/01/2014 through 01/01/2015 at $2,271.16 | $24,982.76 |

Debtor's failure to make all regular payments constitutes cause for modification of the

stay of 11 U.S.C. §362(a), pursuant to 11 U.S.C. §362(d)( 1) and (d)(2).

7.      Movant is informed and believes that Debtor is using the collateral without

providing adequate protection to Movant, as required by 11 U.S.C. §362(d)(1) and 363(e).

8.      Movant is informed and believes that there is no adequate protection for its

mortgage lien and that the automatic stay of §362 of the Bankruptcy Code should be modified as

to the subject Property to allow Movant or its assigns to foreclose its note and mortgage in

Superior Court, and as to the Debtor to allow Movant to provide Debtor with any notices and

pleadings regarding the Superior Court foreclosure action as required by the mortgage and as

otherwise required or allowed by law.

9.      Movant is informed and believes that the Debtor does not have any equity in the

property.

10.     FRBP 4001(a)(3) should not apply under these circumstances.

11.     Movant agrees to waive any claim that may arise under 11 U.S.C. §503(b) or

507(b) as a result of the requested order. Movant further agrees that any funds realized from any

foreclosure sale, in excess of all liens, costs and expenses, will be paid to the Debtor or as

otherwise directed by the Court.

WHEREFORE Movant prays:

1.      The stay pursuant to 11 U.S.C §362(d) be modified to permit Movant to pursue

any Superior Court remedies provided for under the note and mortgage, including sending any

required notices;

2.      The Court order that FRBP 4001(a)(3) does not apply to the relief requested by

the Movant; and

3.      The Court order such other relief as is just and proper.


Dated: <u>January 21, 2015</u>                     Respectfully submitted,

                                                <u>/s / Ryan Meade          </u>
                                                Ryan Meade, Esq
                                                V.I. Bar No. 1033
                                                Quintairos, Prieto, Wood & Boyer, PA
                                                9300 South Dadeland Blvd
                                                Miami, Florida 33156
                                                Phone: (305) 670-1101
                                                Fax: (305)670-1161
                                                Email: flsdbknotices@qpwblaw.com

                                                ATTORNEY FOR MOVANT, GREEN TREE
                                                SERVICING LLC

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
BANKRUPTCY DIVISION

In re:                                              CHAPTER 13
                                                    CASE NO.: 1:14-bk-10003-MFW
Robert J. Chaput,
                                                    CERTIFICATE OF SERVICE
_____Debtor.

     I, Ryan Meade, do hereby certify that on January 21, 2015, I electronically filed the

foregoing with the Court via CM/ECF, which will send a notification of such filing to all counsel

of record.


Dated: <u>January 21, 2015</u>                    Respectfully submitted,

                                                    <u>*/s / Ryan Meade*          </u>
                                                    Ryan Meade, Esq
                                                    V.I. Bar No. 1033