## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX
## BANKRUPTCY DIVISION

In re:                                                          Case No. 1:14-bk-10003-MFW

Robert J. Chaput,
                                                                Chapter 13
    Debtor.
_____/

## NOTICE OF APPEARANCE AS CO-COUNSEL

PLEASE TAKE NOTICE, that the undersigned counsel hereby enters her appearance as co-counsel on behalf of, Green Tree Servicing LLC, a secured creditor in connection with mortgaged property located at 76 Estate St. George, St. Croix, U.S. Virgin Islands in the above-captioned proceeding, and requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to Fed. R. Bankr. P. 2002, whether sent by the Court, the Debtors, or any other party in the case, be sent to the undersigned.

        Respectfully submitted.

        Quintairos, Prieto, Wood & Boyer, P.A.
        1000 Blackbeard's Hill, Suite 10
        St. Thomas, VI 00802
        Phone: (340) 693-0230
        Fax: (340) 693-0300


By:  s/ Johanna Harrington
      Johanna Harrington, Esq.
      VI Bar No. 1047
      jharrington@qpwblaw.com

Case No. 1:14-bk-10003-MFW
Page 2 of 2

## CERTIFICATE OF SERVICE

      I certify that I have caused to be served a copy of the foregoing **Notice of Appearance as Co-Counsel**, by first class mail, postage prepaid or by CM/ECF electronic filing upon the parties listed below on February 10, 2015.

                                                s/ Johanna Harrington

Copies Furnished To:

By CM/ECF Receipt:

Yohana Manning
Manning Legal Services
53A Company St., 2nd Fl.
PO Box 1576
Christiansted, VI 00821-1576
Email: yohana05@gmail.com

Trustee
Jose R. Carrion
Chapter 13 Trustee
P.O. Box 9023884
San Juan, PR 00902-3884
Email: jcarrion@ch13-pr.com

U.S. Trustee
Guy G. Gebhardt
Office of the United States Trustee
75 Spring St. Ste 362 R. Russell Bldg.
Atlanta, GA 30303

By First Class Mail:

Robert J. Chaput
920 Estate St. Georges Lot 76
F'Sted, St. Croix, VI 00840