IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF U.S. VIRGIN ISLANDS
ST.THOMAS CROIX

In Re:

ROBERT J. CHAPUT
(XXX-XX-0139)
        Debtor(s)

Case No.: (3)14-10003-MFW

Chapter 13

# CERTIFICATE OF DEFAULT

**TO ALL PARTIES IN INTERES**:

José R. Carrión, Chapter 13 & 12 Trustee for the districts of Puerto Rico and the U.S. Virgin Islands, hereby certifies on this same date that:

1. At a hearing held on November 6th, 2014 (Dkt.No.71) this Honorable Court granted continued to hearing to consider the Confirmation of debtor's proposed Chapter 13 Payment Plan dated August 29th, 2014 (Dkt.No.45). At said hearing, debtor was ordered to file the following documents:

    a. Form of Order under certification regarding Motion for Relief from Stay filed by Flagstar / Greentree.

    b. Amend schedules to list 2 undisclosed properties.

2. By way of the present Certificate of Default, the herein appearing Chapter 13 Trustee informs this Honorable Court that, as of this date, and after revision of the case docket, the aforementioned documents and/or amendments have not been filed by debtor.

3. Moreover, as of this date, debtor has failed to address and solve the issues and deficiencies raised by the Trustee on his Unfavorable Recommendation of the plan, which was filed on October 3rd, 2014 (Dkt.No.58).

In San Juan, Puerto Rico this **10th** day of **FEBRUARY** 2015

*/s/ José R. Carrión Morales*
**JOSE R. CARRION**
CHAPTER 13 TRUSTEE
P.O. Box 9023884, Old San Juan Station,
San Juan, P.R. 00902-3884
Tel (787) 977-3535
FAX (787) 977-3550